No. 532. UNITED STATES *v.* BELMONT ET AL. March 1, 1937. Motion to intervene submitted by *Mr. Samson Selig* for John R. Crews, temporary receiver of the assets in New York of Petrograd Metal Works, in support of the motion, and by *Solicitor General Reed* for the United States in opposition thereto, and the motion denied.

No. 741. BLACKMAN ET AL. *v.* STONE ET AL.

Jurisdictional statement distributed February 27, 1937. Decided March 8, 1937. *Per Curiam:* The decree entered by the District Court composed of three judges under 28 U. S. C. 380 is vacated upon the ground that the cause, so far as relief by injunction is sought, has become moot (*Mills* v. *Green,* 159 U. S. 651, 653; *Jones* v. *Montague,* 194 U. S. 147, 151, 152; *Richardson* v. *McChesney,* 218 U. S. 487, 492; *Mahan* v. *Hume,* 287 U. S. 575), but without prejudice to action by the District Court in relation to any matter which may remain in the cause. *Mr. Carol King* for appellants. *Mr. Otto Kerner* for appellees.

No. 491. HOLTON *v.* KANSAS STATE BANK ET AL. Argued March 2, 1937. Decided March 8, 1937. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. *Pawhuska* v. *Pawhuska Oil Co.,* 250 U. S. 394; *Trenton* v. *New Jersey,* 262 U. S. 182. *Mr. Albert M. Cole,* with whom *Mr. William B. Bostian* was on the brief, for appellant. *Messrs. E. R. Sloan, Eldon R. Sloan, Braden C. Johnston,* and *Otis S. Allen* were on the brief for appellees.